# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

| CHAIR: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **Karen K. Caldwell**<br>United States District Court<br>Eastern District of Kentucky | **Nathaniel M. Gorton**<br>United States District Court<br>District of Massachusetts | **Matthew F. Kennelly**<br>United States District Court<br>Northern District of Illinois | **Tiffaney D. Pete**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>  Judiciary Building |
| | **David C. Norton**<br>United States District Court<br>District of South Carolina | **Roger T. Benitez**<br>United States District Court<br>Southern District of California | Room G-255, North Lobby<br>Washington, D.C. 20544-0005 |
| | **Dale A. Kimball**<br>United States District Court<br>District of Utah | **Madeline Cox Arleo**<br>United States District Court<br>District of New Jersey | Telephone: (202) 502-2800<br>Fax: (202) 502-2888 |

## ADVISORY

Counsel appearing for oral argument before the Panel may bring cell phones and laptop computers into the courthouse. All cell phones must be turned off before entering the courtroom.